|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-04539-SK |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| COINBASE GLOBAL, INC. and MARDEN-KANE, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- David J. Harris, Jr., counsel for Plaintiff and the putative class;
- Finkelstein & Krinsk LLP, counsel for Plaintiff and the putative class.

Dated: June 22, 2021

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By: *s/ David J. Harris, Jr.*
    David J. Harris, Jr., Esq.

djh@classactionlaw.com
550 West C Street, Suite 1760
San Diego, California 92101-3579
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Counsel for Plaintiff and the Putative Class*