AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| David Suski, Individually and On Behalf Of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>Coinbase Global, Inc. and Marden-Kane, Inc.,<br><br>*Defendant(s)* | Civil Action No. 21-4539 SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marden-Kane, Inc.
36 MAPLE PLACE
MANHASSET, NEW YORK, 11030-1962

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Harris, Jr.
Finkelstein & Krinsk LLP
501 W Broadway, Ste 1260
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 6/14/2021

*Signature of Clerk or Deputy Clerk*
Mark Romyn

Civil Action No. **3:21-cv-04539-SK**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

This summons for *(name of individual and title, if any)*     **Marden-Kane Inc c/o CSC Lawyers as Agent for Service**
was received by me on  **July 19, 2021**

☐ I personally served the Summons, Complaint, Civil Case Cover Sheet; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order on the individual at   ,  ,  on   2:35 PM

☑ I left the Summons, Complaint, Civil Case Cover Sheet; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order at the individual's residence or usual place of abode with Kaitlyn Mannix  - Authorized to accept  ,a person of suitable age and discretion who resides there, on  *July 21, 2021 2:35 PM*  , and mailed a copy to the individual's last known address; or

☐ I served the Summons, Complaint, Civil Case Cover Sheet; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order to   , who is designated by law to accept service of process on behalf of    on  ;or

☐ I returned the Summons, Complaint, Civil Case Cover Sheet; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order unexecuted because;

other  *(specify):*

My fees are $ .00 for travel and $ 110.00 for services, for a total of $ 110.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Deja Monae Jefferson**
*Printed name and title*

**Contracted by**
**110 West C. St, Suite 1211,**
**San Diego, CA 92101**
**(619) 232-7500**
*Server's Address*

A0440-SD73498