COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,

Defendants.

Case No. 3:21-cv-04539-SK

**NOTICE OF APPEARANCE OF MICHAEL G. RHODES FOR DEFENDANT COINBASE GLOBAL, INC.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
MICHAEL G. RHODES
CASE NO. 3:21-CV-04539-SK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that defendant Coinbase Global, Inc. ("Defendant") files this Notice of Appearance and hereby notifies the Court and all parties that Michael G. Rhodes of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters his appearance as counsel of record for Defendant in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Michael G. Rhodes (rhodesmg@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Dated: August 12, 2021

COOLEY LLP

By: */s/ Michael G. Rhodes*
Michael G. Rhodes

Attorneys for Defendant
COINBASE GLOBAL, INC.

253239370

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
MICHAEL G. RHODES
CASE NO. 3:21-CV-04539-SK