```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222
```

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**NOTICE OF APPEARANCE OF TRAVIS LEBLANC FOR DEFENDANT COINBASE GLOBAL, INC.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
TRAVIS LEBLANC
CASE NO. 3:21-CV-04539-SK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that defendant Coinbase Global, Inc. ("Defendant") files this Notice of Appearance and hereby notifies the Court and all parties that Travis LeBlanc of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters his appearance as counsel of record for Defendant in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Travis LeBlanc (tleblanc@cooley.com)
> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA 94111-4004
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222

Dated: August 12, 2021                         COOLEY LLP

                                               By: */s/ Travis LeBlanc*
                                                   Travis LeBlanc

                                               Attorneys for Defendant
                                               COINBASE GLOBAL, INC.

253239367

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
TRAVIS LEBLANC
CASE NO. 3:21-CV-04539-SK