| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | TRAVIS LEBLANC (251097) |
| 3 | (tleblanc@cooley.com) |
| | JOSEPH D. MORNIN (307766) |
| 4 | (jmornin@cooley.com) |
| | ELIZABETH SANCHEZ SANTIAGO (333789) |
| 5 | (lsanchezsantiago@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 6 | San Francisco, California 94111-4004 |
| | Telephone:   +1 415 693 2000 |
| 7 | Facsimile:   +1 415 693 2222 |
| 8 | Attorneys for Defendant |
| | COINBASE GLOBAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-04539-SK |
| Plaintiff, | **NOTICE OF APPEARANCE OF JOSEPH D. MORNIN FOR DEFENDANT COINBASE GLOBAL, INC.** |
| v. | |
| COINBASE GLOBAL, INC. and MARDEN-KANE, INC., | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
JOSEPH D. MORNIN
CASE NO. 3:21-CV-04539-SK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that defendant Coinbase Global, Inc. ("Defendant") files this Notice of Appearance and hereby notifies the Court and all parties that Joseph D. Mornin of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111-4004, hereby enters his appearance as counsel of record for Defendant in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Joseph D. Mornin (jmornin@cooley.com)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Dated: August 12, 2021                COOLEY LLP

                                      By: */s/ Joseph D. Mornin*
                                            Joseph D. Mornin

                                      Attorneys for Defendant
                                      COINBASE GLOBAL, INC.

253239362

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
JOSEPH D. MORNIN
CASE NO. 3:21-CV-04539-SK