UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>                Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND ORDER REGARDING AMENDED COMPLAINT AND RESPONSE SCHEDULE** |

WHEREAS, Plaintiff David Suski filed the initial complaint in this action (Dkt. 1) on June 11, 2021;

WHEREAS, on July 1, 2021, the undersigned counsel for Defendant Coinbase Global, Inc. ("Coinbase") contacted the undersigned counsel for Plaintiff, prior to service being effected upon Coinbase;

WHEREAS, Coinbase's counsel has agreed to accept and has accepted service on behalf of Coinbase;

WHEREAS, Plaintiff's counsel has communicated to Coinbase's counsel Plaintiff's intent to file an amended complaint;

WHEREAS, Plaintiff's counsel and Coinbase's counsel have met and conferred regarding Plaintiff's intent to file an amended complaint, and have agreed upon an appropriate pleading and response schedule in connection with Plaintiff's anticipated amended complaint;

NOW, THEREFORE, it is hereby stipulated and agreed by Plaintiff David Suski and Defendant Coinbase, subject to the Court's approval, as follows:

- Plaintiff shall file his First Amended Complaint ("FAC") on or before August 31, 2021;
- Coinbase shall file its answer or responsive motion concerning the FAC on or before October 5, 2021;
- Plaintiff's opposition to any responsive motion concerning the FAC shall be filed on or before November 2, 2021; and
- Coinbase's reply in support of any responsive motion shall be filed on or before November 23, 2021.

**IT IS SO STIPULATED.**

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: August 12, 2021 | Respectfully submitted, |
| 2 | | FINKELSTEIN & KRINSK LLP |
| 3 | | By:   *s/ David J. Harris, Jr.* |
| 4 | |        David J. Harris, Jr., Esq. |
| 5 | | djh@classactionlaw.com |
| 6 | | 501 West Broadway, Suite 1260 |
|   | | San Diego, California 92101 |
| 7 | | Telephone: (619) 238-1333 |
|   | | Facsimile:  (619) 238-5425 |
| 8 | | |
|   | | *Counsel for Plaintiff and the Putative Class* |
| 9 | | |
| 10 | Dated: August 12, 2021 | COOLEY LLP |
| 11 | | By:   *s/ Michael G. Rhodes.* |
|    | |        Michael G. Rhodes, Esq. |
| 12 | | |
| 13 | | rhodesmg@cooley.com |
|    | | 3 Embarcadero Center, 20th Floor |
| 14 | | San Francisco, CA 94111 |
|    | | Telephone: (415) 693-2000 |
| 15 | | Facsimile:  (415) 693-2222 |
| 16 | | *Counsel for Defendant Coinbase Global, Inc.* |

### **ORDER**

Pursuant to the Parties' above stipulation, the following schedule will apply:

- Plaintiff shall file his First Amended Complaint ("FAC") on or before August 31, 2021;
- Coinbase shall file its answer or responsive motion concerning the FAC on or before October 5, 2021;
- Plaintiff's opposition to any responsive motion concerning the FAC shall be filed on or before November 2, 2021; and

/ / /

/ / /

/ / /

/ / /

2

STIPULATION AND ORDER

- Coinbase's reply in support of any responsive motion shall be filed on or before November 23, 2021.

**IT IS SO ORDERED**.

DATED:  August 13, 2021

_____
Hon. Sallie Kim
U.S. Magistrate Judge