COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,

Defendants.

Case No. 3:21-cv-04539-SK

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Plaintiff David Suski and Defendant Coinbase Global, Inc. stipulate as follows:

1. Plaintiff filed his complaint on June 11, 2021.

2. Plaintiff intends to file an amended complaint. Per the Court's order at ECF No. 18, Plaintiff's deadline to file his amended complaint is August 31, 2021, and Coinbase's deadline to file an answer or responsive motion is October 5, 2021.

3. On June 14, 2021, the Court issued an initial scheduling order (ECF No. 5) setting the following deadlines:

- **August 23, 2021**: last day to hold Rule 26 conference and file ADR certification.
- **September 6, 2021**: last day to file case management statement.
- **September 13, 2021**: case management conference.

4. In light of the timing of the amended complaint, the parties respectfully request that the Court modify these deadlines as follows:

- **September 20, 2021**: last day to hold Rule 26 conference and file ADR certification.
- **October 4, 2021**: last day to file case management statement.
- **October 11, 2021**: case management conference.

5. This modification would not affect other aspects of the case schedule.

Dated: August 23, 2021

COOLEY LLP

By: */s/ Michael G. Rhodes*
Michael G. Rhodes

Attorneys for Defendant
COINBASE GLOBAL, INC.

FINKELSTEIN & KRINSK LLP

By: */s/ David J. Harris*
David J. Harris

Attorneys for Plaintiff
DAVID SUSKI

**[PROPOSED] ORDER**

The following schedule shall apply:

- **September 20, 2021**: last day to hold Rule 26 conference and file ADR certification.
- **October 4, 2021**: last day to file case management statement.
- **October 11, 2021**: case management conference.

**IT IS SO ORDERED.**

Dated: ______________________, 2021

________________________________
Hon. Sallie Kim
U.S. Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-CV-04539