COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND ORDER AS MODIFIED TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Plaintiff David Suski and Defendant Coinbase Global, Inc. stipulate as follows:

1. Plaintiff filed his complaint on June 11, 2021.

2. Plaintiff intends to file an amended complaint. Per the Court's order at ECF No. 18, Plaintiff's deadline to file his amended complaint is August 31, 2021, and Coinbase's deadline to file an answer or responsive motion is October 5, 2021.

3. On June 14, 2021, the Court issued an initial scheduling order (ECF No. 5) setting the following deadlines:

- **August 23, 2021**: last day to hold Rule 26 conference and file ADR certification.
- **September 6, 2021**: last day to file case management statement.
- **September 13, 2021**: case management conference.

4. In light of the timing of the amended complaint, the parties respectfully request that the Court modify these deadlines as follows:

- **September 20, 2021**: last day to hold Rule 26 conference and file ADR certification.
- **October 4, 2021**: last day to file case management statement.
- **October 11, 2021**: case management conference.

5. This modification would not affect other aspects of the case schedule.

Dated: August 23, 2021                                   COOLEY LLP

                                                         By: */s/ Michael G. Rhodes*
                                                             Michael G. Rhodes

                                                         Attorneys for Defendant
                                                         COINBASE GLOBAL, INC.


                                                         FINKELSTEIN & KRINSK LLP

                                                         By: */s/ David J. Harris*
                                                             David J. Harris

                                                         Attorneys for Plaintiff
                                                         DAVID SUSKI

**ORDER AS MODIFIED**

The following schedule shall apply:

- **September 20, 2021**: last day to hold Rule 26 conference and file ADR certification.
- **October 8, 2021**: last day to file case management statement.
- **October 18, 2021**: case management conference.

**IT IS SO ORDERED.**

Dated: August 24, 2021

*[signature: Sallie Kim]*

Hon. Sallie Kim
U.S. Magistrate Judge