# EXHIBIT A

coinbase    Prices    Learn    Individuals    Businesses    Developers    Company    Sign in    Get started

**COINBASE DOGECOIN SWEEPSTAKES**

**OFFICIAL RULES**

**NO PURCHASE NECESSARY. A PURCHASE OR PAYMENT OF ANY KIND WILL NOT INCREASE YOUR CHANCES OF WINNING.**

**PARTICIPATION IS LIMITED TO LEGAL RESIDENTS OF THE 50 UNITED STATES (EXCLUDING HAWAII) & THE DISTRICT OF COLUMBIA.**

**VOID IN HAWAII AND WHERE PROHIBITED BY LAW.**

**THIS PROMOTION SHALL BE CONSTRUED ACCORDING TO AND GOVERNED EXCLUSIVELY BY U.S. LAW.**

**1. Eligibility:**  Coinbase – Dogecoin Sweepstakes (the **"Sweepstakes"** or **"Promotion"**) is open only to legal residents of the fifty (50) United States (excluding Hawaii) and the District of Columbia, who are at least 18 years of age or older and legal age of majority in their jurisdiction of residence. Coinbase (the **"Sponsor"**), Marden-Kane Inc. (the **"Administrator"**), their parent, affiliates, subsidiaries, promotion agencies and each of their respective directors, officers, employees and assigns (collectively **"Released Parties"**) and their immediate family members and/or those living in the same household of each (whether related or not) are not eligible. For purposes of this Promotion, the term "family member" is defined as spouse, partner, parent, legal guardian, in-law, grandparent, child, or grandchild. The

Sweepstakes is subject to all applicable federal, state and local laws and regulations. Void where prohibited. Participation constitutes entrant's full and unconditional agreement to these Official Rules and Sponsor's and Administrator's decisions, which are final and binding in all matters related to the Sweepstakes. Winning a prize is contingent upon fulfilling all requirements set forth herein.

**2. Timing:** The Promotion begins on June 3, 2021 at 1:00 p.m. Pacific Time ("PT"), ends on June 10, 2021 at 11:59 p.m. PT (the "**Promotion Period**"). Administrator's computer systems is the official time-keeping device for the Sweepstakes.

**3. How to Enter:**

Two methods of entry:

Method 1: Existing account holders and new* account holders must opt-in to participate in the Sweepstakes and must complete $100usd (cumulative the transaction fee)) in trade (buy/sell) of Dogecoin on Coinbase.com (.com and/or Coinbase app) during the Promotion Period to earn one (1) entry into the Sweepstakes.

This is not a recommendation to buy or sell dogecoin. Investing in cryptocurrency comes with risk. The price of a given cryptocurrency may increase or decrease based on market conditions and participants may lose money, including their original purchase amount. See below for instructions on alternative means of entry.

*To create a new Coinbase account on Coinbase.com during the Promotion Period, provide required information as requested online at www.Coinbase.com (inclusive of Social Security number) and complete the required ID verification process (upload a valid and current driver's license or state ID or complete a set of identity-verification questions). There is no fee or charge to create an account and become a registered Coinbase user. By submitting your information and creating an account, you agree to

the respective terms of use and privacy notice. If you do not agree to such terms of use and privacy notice, you cannot create a respective account, and will be ineligible to receive a prize.

Method 2: To enter via mail, hand write the following on the front of a 3x5 card, your name, address, city, state, zip, e-mail address, telephone number and date of birth. Insert single card in an envelope and mail with sufficient postage to: Coinbase Dogecoin Sweepstakes, PO Box 738, Syosset, NY 11791-0738 – return address and mailing address on envelope must be handwritten. Mail-in entries must include all requested information (as stated above) to be considered an entry. Mail-in entries must be postmarked by June 10, 2021 and received by June 15, 2021. Only one (1) entry per person. Requests for confirmation of receipt of mail-in entries will not be acknowledged. No photo copies, facsimiles or reproductions of mail-in entry will be accepted. Sponsor is not responsible for late, lost, damaged, stolen, incomplete, illegible, postage due, or misdirected entries. Proof of mailing does not constitute proof of delivery. Winners that entered via mail will be required to create a new Coinbase account on Coinbase.com and agree to the respective terms of use and privacy notice, or have a valid Coinbase account standing, to receive their prize. If you do not create a new Coinbase account and agree to such terms of use and privacy notice within the timeframe indicated by Sponsor, you will be ineligible to receive a prize.

**Note: Your chances of winning are the same regardless of method of entry.**

**Note: To claim a prize in this Sweepstakes, all potential winners will be required to create a Coinbase account (free to create an account) or have a valid Coinbase account standing. Creating an account will require the collection of personal information for identity verification purposes (including a valid and current**

driver's license or state ID, tax ID number, or completion of a set of identity-verification questions). If a winner sells the Dogecoin, you will need to link a bank account to withdraw fiat. Potential winners that do not create a Coinbase account and/or if their Coinbase account is not approved by Sponsor will be disqualified. ALL POTENTIAL WINNERS ARE SUBJECT TO VERIFICATION BY SPONSOR, WHOSE DECISIONS ARE FINAL AND BINDING. A PARTICIPANT IS NOT A WINNER OF ANY PRIZE UNLESS AND UNTIL THAT PARTICIPANT'S ELIGIBILITY AND COMPLIANCE WITH ALL REQUIREMENTS TO CLAIM A PRIZE HAVE BEEN VERIFIED AND FULFILLED, AND THE PARTICIPANT HAS BEEN NOTIFIED THAT VERIFICATION IS COMPLETE.

**Participants must comply with these Official Rules and the Conditions of Entry.** Determination of compliance will be in the sole discretion of the Sponsor/Administrator.

<u>Limit:</u> **Limit one entry per person/email address no matter the means of entry.** Entries received from any person in excess of the stated limitation will be void, and that person may be disqualified from entry and/or winning. Entries received from any person who attempts to cancel and create a new account, or who attempts to create an additional account, during the promotion period will be disqualified. Any attempt by any entrant to obtain more than the stated number of entries by using multiple/different email addresses or any other methods will void that entrant's entries and that entrant may be disqualified. Use of any automated system to participate is prohibited and will result in disqualification. In the event of a dispute over the identity of a potential winner, the entry will be declared made by the authorized account holder of the email address associated with the entrant's Coinbase account (or submitted with the mail-in entry, as applicable) ("**Entrant's Email Address**"), and potential winner may be required to provide identification sufficient to show that he/she is the authorized account holder of the email account.

The "authorized account holder" is the natural person assigned to the applicable email account. Proof of submission of an entry does not constitute proof of delivery.

**4. Drawings:** Winners will be randomly selected from all eligible entries received on or about **June 17, 2021**. The random drawings will be conducted by the Administrator at their offices in Syosset, NY, USA, an independent judging organization whose decisions are final. The odds of winning a prize depend upon the number of eligible entries received for each drawing. **Limit one prize per person/household in this Promotion.**

**5. Winner Notification:** Potential winners will be contacted via email at Entrant's Email Address by a representative of Coinbase with instructions on how to claim their prize and will be required to respond to such email within 48 hours of date/time email was sent by Sponsor. Potential winners will be required to complete and return an Affidavit of Eligibility, Release of Liability or any other document needed to validate eligibility ("**Documents**") within five (5) days (including Saturdays, Sundays and Holidays) of first attempted delivery of same. In the event a potential winner cannot be contacted, fails to respond to the email within the allotted time, refuses the prize, *or* fails or refuses to timely return completed Documents, or if a prize/prize notification is returned as undeliverable, potential winner will be disqualified without further notice and an alternate winner may be selected. Potential winners that entered the Sweepstakes by mail that do not create a new Coinbase account timely will forfeit the prize. Winners must have an active Coinbase account at the time of awarding the prize. Prizes will be fulfilled within approximately 6-8 weeks of winner verification. Sponsor assumes no responsibility for undeliverable emails resulting from any form of active or passive filtering by an email client or for insufficient space in user's account to receive an email. Sponsor reserves the right to modify the notification procedures and applicable deadlines for responding in connection with the selection of any alternate. If a prize is legitimately claimed it will be awarded. Upon prize forfeiture or

inability to use a prize or portion thereof, no compensation will be given, and Sponsor will have no further obligation to that participant.

## 6. Prizes.

**Tier 1:** one (1) winner will receive Three Hundred Thousand Dollars ($300,000) in Dogecoin.

**Tier 2:** ten (10) winners will each receive Thirty Thousand Dollars ($30,000) in Dogecoin.

**Tier 3:** six thousand (6,000) winners will each receive One Hundred Dollars ($100) in Dogecoin.

**Estimated total retail value of all prizes is approximately $1,200,000 usd.**

**All prize values stated herein are in USD.** Winners of Tier 1 and Tier 2 prizes may elect to receive prize in US Dollars instead of Dogecoin. All prizes will be fulfilled via an upload of Dogecoin (or US Dollars, if applicable) to winner's Coinbase account. Access to Dogecoin and US Dollar prizes is subject to the Coinbase Terms and Conditions of the Coinbase account. Restrictions may apply. Fees apply when you buy and sell digital currency on the Coinbase site (these fees are at the discretion and responsibility of the Winner and will not be reimbursed by Sponsor). Cryptocurrency conversions from Dogecoin to US Dollars are treated as cryptocurrency "sales", and all the forgoing transactions are charged a spread and a Coinbase Fee as described in the Coinbase pricing and fee disclosures at https://help.coinbase.com/en/coinbase/trading-and-funding/pricing-and-fees/fees.html. Value of Dogecoin prizes determined by Sponsor's set rate on a date and time selected by Sponsor at its discretion prior to upload of prize to winner's Coinbase account.

DISCLOSURE: THE VALUE OF DOGECOIN IS SUBJECT TO CHANGE, IT CAN GO UP OR DOWN AND THERE CAN BE A SUBSTANTIAL RISK THAT IT COULD LOSE VALUE (POSSIBLY ALL VALUE) AS A RESULT OF BUYING, SELLING, OR HOLDING DOGECOIN.

Prizes are non-transferable and no substitution will be made except as provided herein at the Sponsor's sole discretion. Sponsor reserves the right where lawful to substitute a prize for one of equal or greater value if the designated prize should become unavailable for any reason. Prizes consist of only the items specifically listed as part of the prize. In no event will more than the stated number of prizes be awarded. Winners are solely responsible for any/all applicable federal, state and local taxes and any other expenses related to the acceptance and use of a prize not specified herein. Prize details not specifically stated in these Official Rules will be determined in Sponsor's sole discretion. Sponsor is not responsible for, and will not replace, any lost, damaged or stolen prize or prize component or any prize that is undeliverable. Winners acknowledge that Sponsor is subject to U.S. economic restrictions and trade sanctions; as such, Sponsor reserves the right to deny distribution of any prize when required by applicable law. Participants waive the right to assert as a cost of winning a prize, any costs associated with claiming or seeking to claim a prize, or using a prize.

**7. Taxes**: Each winner is solely responsible for reporting and paying any and all applicable taxes related to the prize(s). Each winner will be subject to an onboarding verification process and is required to provide any requested tax reporting information before any prize is awarded including name, date of birth, address, phone numbers and social security number or taxpayer identification number. The value of any prize awarded to a winner will be reported for tax purposes as required by law. Any person receiving at least six hundred dollars (USD600) from the Sponsor will receive an IRS Form 1099 at the end of the calendar year and a copy of such form will be filed with the IRS. Each winner is required to notify the Sponsor if any information

provided hereunder changes, including the winner's address. **Potential winner should consult an accountant or tax professional to determine tax implications in accepting and using (including conducting transactions of) any Prize.**

**8. Release**: Entrants/winners agree to release, discharge and hold harmless Released Parties from and against any claim or cause of action or liability (including but not limited to, personal injury, death or damage to or loss of property as well as claims based on publicity rights, defamation and/or invasion of privacy) arising out of or in connection with participation in the Sweepstakes or acceptance/receipt/use or misuse of any prize, and agree to be bound by the Official Rules and the decisions of the Sponsor, the Administrator and/or Sponsor's representatives, which are final. Acceptance of a prize constitutes permission for the Sponsor and its agencies to use winner's name, likeness, photograph and/or hometown and state for purposes of complying with obligations as described in Section 11 below, and for advertising and trade without further compensation, in any media, worldwide, unless prohibited by law.

**9. General:** ANY ATTEMPT BY AN INDIVIDUAL TO DELIBERATELY UNDERMINE THE LEGITIMATE OPERATION OF THIS PROMOTION IS A VIOLATION OF CRIMINAL AND CIVIL LAWS, AND SHOULD SUCH AN ATTEMPT BE MADE, SPONSOR RESERVES THE RIGHT TO SEEK DAMAGES FROM ANY SUCH INDIVIDUAL TO THE FULLEST EXTENT PERMITTED BY LAW. Sponsor will not be responsible for lost, late, damaged, misdirected or mutilated mail, misdirected email, or for any technical problems, faulty, lost, garbled, incomplete, incorrect or mistranscribed data transmissions, incorrect announcements of any kind, malfunctions, technical hardware or software failures of any kind including any injury or damage to any person's computer/mobile device related to or resulting from participating in or experiencing any materials in connection with this Sweepstakes. Sponsor is not responsible for malfunctions or breakdown of any network systems, unavailable service connections, lost, incomplete, faulty network connectivity of any kind, failures of any service providers, or any

combination thereof, which may limit a person's ability to participate in this Promotion. Sponsor reserves the right to suspend, cancel or modify the Promotion if it cannot be executed as planned for any reason including, but not limited to, if fraud, human error, technical failures, or any other factor impairs the integrity or proper functioning of the Promotion; or if a virus, bug or other technical problem corrupts the administration, security, or proper play of the Promotion as determined by Sponsor in its sole discretion. If the Promotion is so cancelled or modified, Sponsor may award prizes from among all eligible participants prior to such action and Sponsor shall have no further obligation to any participant in connection with this Promotion. Sponsor reserves the right to prohibit the participation of an individual if fraud or tampering is suspected or if the participant fails to comply with any requirement of participation as stated herein or with any provision in these Official Rules. In the event there is a discrepancy or inconsistency between disclosures or other statements contained in promotional materials and the terms and conditions of the Official Rules, the Official Rules shall prevail, govern and control. Sponsor will not be responsible for any typographical or other error in the printing of the offer, administration of the Sweepstakes or in the announcement of the prizes.

**10. Disputes:** All federal, state and local laws and regulations apply. THE CALIFORNIA COURTS (STATE AND FEDERAL) SHALL HAVE SOLE JURISDICTION OF ANY CONTROVERSIES REGARDING THE PROMOTION AND THE LAWS OF THE STATE OF CALIFORNIA SHALL GOVERN THE PROMOTION. EACH ENTRANT WAIVES ANY AND ALL OBJECTIONS TO JURISDICTION AND VENUE IN THOSE COURTS FOR ANY REASON AND HEREBY SUBMITS TO THE JURISDICTION OF THOSE COURTS. Claims may not be resolved through any form of class action. Entrant agrees that any and all claims, judgments, and awards shall be limited to the lower of either reasonable or actual out of pocket costs incurred, including any costs associated with participation in this Promotion but in no event attorneys' fees; and under no circumstances will entrants/winners be permitted to obtain awards for and entrants/winners hereby

waive all rights to claim punitive, incidental and consequential damages and any other damages, other than for the lower of either reasonable or actual out-of-pocket expenses and any and all rights to have damages multiplied or otherwise increased. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU. In addition to the tax liability disclosures in these Rules, winners are subject to abide by the income reporting and, if applicable, the payment of any taxes due per the laws, rules and regulations of the winner's state of residence. By entering and participating in the Promotion, Entrants hereby expressly agree and accept that for all that is related to the interpretation, performance and enforcement of these Official Rules, each of them expressly submit themselves to the laws of the United States of America and the State of California, expressly waiving to any other jurisdiction that could correspond to them by virtue of their present or future domicile or by virtue of any other cause.

**11. Entrant's Personal Information:** Information collected from entrants is subject to Coinbase's Privacy Policy, which can be found at https://www.coinbase.com/legal/privacy. Sponsor assures that your information will be kept confidential in accordance with applicable data protection laws and regulations. Data will be stored in the United States and may be shared with a third-party fulfillment company only to administer this Sweepstakes, verify winners and fulfill prizes unless you have given your prior express consent to receive additional information from Sponsor or a third party.

**12. Winner List:** For a list of winners, send an email to winnerslist@mkpromosource.com with "WINNERS – Coinbase Sweepstakes" as the subject line. Requests must be received by July 15, 2021. The winners list will be available after all winners have been verified.

**SPONSOR:** Coinbase, 100 Pine Street, Suite #1250, San Francisco, CA 94111, USA **ADMINISTRATOR:** Marden-Kane Inc., 575 Underhill Blvd., Suite 222, Syosset, NY 11791, USA.

Google and Apple are not participants or sponsors of this promotion.



English

© 2021 Coinbase

Blog • Twitter • Facebook

### Company

About
Careers
Affiliates
Blog
Press
Investors
Legal & privacy
Cookie policy

### Learn

Browse crypto prices
Crypto basics
Tips & tutorials
Market updates
What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet

How to send crypto

Taxes

### Individuals

Buy & sell

Earn free crypto

Wallet

Card

### Businesses

Prime

Custody

Asset Hub

Commerce

### Developers

Coinbase Cloud

Connect

Commerce

Pro

Bison Trails

WalletLink

Rosetta

USDC

### Support

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Supported countries

Status