COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**COINBASE GLOBAL, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CORPORATE DISCLOSURE STMT. AND
CERTIFICATE OF INTERESTED ENTITIES
CASE NO. 3:21-CV-04539-SK

**CERTIFICATE OF INTERESTED ENTITIES**

Under Civil L.R. 3-15, counsel for Defendant Coinbase Global, Inc. certifies that, as of this date, there is no such interest to report other than Coinbase Global, Inc.

**CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Defendant Coinbase Global, Inc. states that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: September 3, 2021   COOLEY LLP

By: /s/ Michael G. Rhodes
    Michael G. Rhodes

Attorneys for Defendant
COINBASE GLOBAL, INC.