COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE** |

Plaintiffs and Defendant Coinbase Global, Inc. stipulate as follows:

1. On August 13, 2021, the Court entered the parties' stipulation to set the following deadlines (ECF No. 18):

- **August 31, 2021**: last day for Plaintiffs to file their amended complaint.
- **October 5, 2021**: last day for Coinbase to file an answer or responsive motion.
- **November 2, 2021**: last day for Plaintiffs to file an opposition to Coinbase's responsive motion.
- **November 23, 2021**: last day for Coinbase to file a reply in support of its responsive motion.

2. Plaintiffs filed their amended complaint on August 31, 2021. ECF No. 22.

3. The parties have met and conferred regarding this briefing schedule and agree that a two-week extension is warranted to afford Coinbase adequate time to prepare its response to the amended complaint.

4. Accordingly, the parties respectfully request that the Court modify the briefing schedule as follows:

- **October 19, 2021**: last day for Coinbase to file an answer or responsive motion.
- **November 16, 2021**: last day for Plaintiffs to file an opposition to Coinbase's responsive motion.
- **December 7, 2021**: last day for Coinbase to file a reply in support of its responsive motion.

5. This modification would not affect other aspects of the case schedule.

| | |
|---|---|
| Dated: September 23, 2021 | COOLEY LLP |
| | By: */s/ Michael G. Rhodes* |
| | Michael G. Rhodes |
| | |
| | Attorneys for Defendant |
| | COINBASE GLOBAL, INC. |

FINKELSTEIN & KRINSK LLP

By: */s/ David J. Harris*
    David J. Harris

Attorneys for Plaintiff
DAVID SUSKI

ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 23, 2021              */s/ Michael G. Rhodes*
                                                               Michael G. Rhodes

## ORDER

The following schedule shall apply:

Coinbase shall file an answer or responsive motion by **October 19, 2021.** Plaintiffs shall file an opposition to Coinbase's responsive motion by no later than **November 16, 2021.** Coinbase shall file its reply by no later than **December 7, 2021.**

The responsive motion shall be noticed to be heard on **January 10, 2022.**

The parties are admonished that they are required to email their proposed orders in Microsoft Word format to skpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: September 24, 2021

_____
Hon. Sallie Kim
U.S. Magistrate Judge

257161690