UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND RESPONSE SCHEDULE** |

WHEREAS, Plaintiff David Suski filed the initial complaint in this action (Dkt. 1) on June 11, 2021;

WHEREAS, on July 1, 2021, the undersigned counsel for Defendant Coinbase Global, Inc. ("Coinbase Global") contacted the undersigned counsel for Plaintiff, prior to service being effected upon Coinbase Global;

WHEREAS, Coinbase Global's counsel agreed to accept and did accept service on behalf of Coinbase Global;

WHEREAS, on August 31, 2021, pursuant to prior stipulations and corresponding orders of the Court (Dkt. 18; Dkt. 21), Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek, and Thomas Maher filed a First Amended Complaint (Dkt. 22) ("FAC") in accordance with Fed. R. Civ. P. 15(a)(1);

WHEREAS, Plaintiffs and Coinbase Global have met and conferred, and agree that an amendment of the FAC is appropriate for the limited purposes of: (1) updating the FAC's allegations concerning Plaintiffs' compliance with the Consumer Legal Remedies Act's ("CLRA") notice and demand procedures, as provided in Cal. Civ. Code § 1782; and (2) naming current non-party Coinbase, Inc. as a proper Defendant in this action, in lieu of maintaining Coinbase Global as a Defendant in this action;

WHEREAS, Plaintiffs have provided the undersigned counsel for Defendant Coinbase Global and non-party Coinbase, Inc. with Plaintiffs' proposed Second Amended Complaint ("SAC"), redline and clean copies of which are attached hereto;

WHEREAS, counsel for Defendant Coinbase Global and non-party Coinbase, Inc. have agreed to accept service of the SAC on Coinbase, Inc.'s behalf, upon Plaintiffs' electronic filing of SAC via the Court's CM/ECF system;

WHEREAS, Plaintiffs and the undersigned counsel for Coinbase Global and Coinbase, Inc. (together, "Coinbase") have met and conferred regarding Plaintiffs' proposed SAC, and have agreed that Plaintiffs may file their attached, proposed SAC, without altering the Court's current schedules for filing and hearing Coinbase's responsive motion(s) (*see* Dkt. 30; Dkt. 31), and have further

agreed that Coinbase's anticipated motion(s) due today, October, 19, 2021, can and will properly respond and apply to the proposed SAC attached hereto;

NOW, THEREFORE, it is hereby stipulated and agreed by Plaintiffs, Defendant Coinbase Global, and proposed defendant Coinbase, Inc., subject to the Court's approval, that:

- Plaintiffs' proposed Second Amended Complaint ("SAC") may be filed upon entry of the Court's Order granting this Joint Stipulation;
- Plaintiffs' SAC shall be deemed filed and served upon proposed Defendant Coinbase, Inc. and Defendant Coinbase Global as of October 19, 2021;
- Proposed Defendant Coinbase, Inc.'s responsive motion(s) to the SAC shall be filed, and heard in accordance with the Court's current briefing and hearing schedules for any responsive motions (Dkt. 30; Dkt. 31); and
- Defendant Coinbase Global may be properly and voluntarily dismissed from this action pursuant to Fed. R. Civ. 41(a)(1).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: October 19, 2021 | Respectfully submitted, |
| 2 | | FINKELSTEIN & KRINSK LLP |
| 3 | | By:    *s/ David J. Harris, Jr.* |
| 4 | |        David J. Harris, Jr., Esq. |

djh@classactionlaw.com
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

*Counsel for Plaintiff and the Putative Class*

Dated: October 19, 2021     COOLEY LLP

By:    *s/ Michael G. Rhodes.*
       Michael G. Rhodes, Esq.

rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

*Counsel for Defendant Coinbase Global, Inc.*

STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFFS' SAC

**[PROPOSED] ORDER**

Pursuant to the above stipulation among Plaintiffs, Coinbase Global, Inc. and Coinbase, Inc., the Court hereby ORDERS that:

- Plaintiffs may file their proposed SAC, which shall be deemed filed and served upon Coinbase, Inc. as of October 19, 2021;
- Coinbase, Inc.'s responsive motion(s) to the SAC shall be filed, opposed and heard in accordance with the Court's existing briefing and hearing schedules (Dkt. 30; Dkt. 31); and
- Defendant Coinbase Global, Inc. is voluntarily dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED**.

Dated: _____, 2021

_____
Hon. Sallie Kim
U.S. Magistrate Judge