COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**DECLARATION OF CARTER MCPHERSON-EVANS IN SUPPORT OF COINBASE GLOBAL, INC.'S MOTION TO COMPEL ARBITRATION, OR, ALTERNATIVELY, TO DISMISS PLAINTIFFS' COMPLAINT** |

I, Carter McPherson-Evans, declare:

1. I am a Regulatory Program Manager at Coinbase. I have been employed by Coinbase since February 2017. I submit this declaration based on personal knowledge and following reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement.

2. Coinbase provides an online platform that allows users to buy, sell, and transfer digital currency (e.g., Bitcoin or Dogecoin) and to store digital currency in a Coinbase-hosted digital wallet.

3. As a Coinbase Regulatory Program Manager, I ensure compliance with Coinbase's money licensing requirements, routinely review customer records to resolve customer disputes, and respond to regulatory inquiries.

4. As part of my job at Coinbase, I am familiar with the process by which customers sign up for Coinbase accounts and accept the terms of the Coinbase User Agreement. I am also familiar with the way user account information is logged and stored in the ordinary course of business, and I understand how to retrieve such records and information.

5. I understand that this lawsuit is brought by Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek, and Thomas Maher.

6. Coinbase provides its online platform and services to its users exclusively under the terms of a Coinbase User Agreement. I understand that before a prospective Coinbase user can access Coinbase's platform or services, the user must first create a Coinbase account and affirmatively agree to the Coinbase User Agreement.

7. I am familiar with the user acceptance flows via Coinbase's website and mobile app at the time Plaintiffs accepted the Coinbase User Agreement.

8. I am familiar with the user acceptance flow at the time Plaintiffs David Suski, Jonas Calsbeek, and Thomas Maher accepted the User Agreement on Coinbase's website. Based on that understanding, the screenshot attached as **Exhibit 1**, which is a true and correct copy of the User Agreement acceptance as it exists today, is substantively identical to what these users would have seen when they signed up. Specifically, the screen would have said "I certify that I

am over 18 years of age and I accept the User Agreement and Privacy Policy." Both the User Agreement and Privacy Policy would have been hyperlinked on the screen for these users just as they are today. And the users would have needed to select a checkbox confirming their assent, just as they would need to if they signed up today.

9. In 2018 (and continuing through today), it was impossible for users to create Coinbase accounts on Coinbase's website without checking the box to expressly indicate their acceptance of the Coinbase User Agreement. If a customer attempted to click the "Create Account" button without clicking the checkbox, the signup page would reload and display text at the top of the page that stated: "Please accept the user agreement."

10. I am also familiar with the user acceptance flow at the time Plaintiff Jaimee Martin accepted the User Agreement on Coinbase's mobile app. That procedure, which is substantially similar to the procedure in place today, is as follows. To create a Coinbase account via the mobile app, a customer had to first download the Coinbase mobile app onto their mobile device. Upon opening the mobile app, the prospective user was directed to input his or her first and last name, email address, and newly created password. Then, upon receiving that information, the mobile app presented each prospective user with the full text of the User Agreement in its entirety and prompted the prospective user to tap either "I Agree" or "Cancel."

11. To proceed with creating an account, each prospective user had to complete each of the above fields—including tapping "I Agree" when presented with the full text of the User Agreement. It was impossible for a customer to create a Coinbase account without expressly indicating his or her agreement to the User Agreement by tapping "I Agree." Should a prospective user tap "Cancel" or attempt to create an account without tapping "I Agree," the account would not be created.

12. In the regular course of its business, Coinbase maintains a log of certain actions taken by users in connection with their Coinbase accounts (the "User Activity Log"). I am personally familiar with these records and use them to perform my job functions at Coinbase. The entries in the User Activity Log related to account creation and user acceptance of the User Agreement are recorded automatically via an internal software application known internally as

"Admin" at or near the time of the events that the entries record. Whenever a Coinbase user creates a Coinbase account and accepts the User Agreement, that information is recorded in the User Activity Log, which is stored and maintained in Admin. It is Coinbase's regular practice to use Admin to record entries in the User Activity Log, including a user's acceptance of the Coinbase User Agreement.

13. I have reviewed Coinbase's User Activity Log in Admin for event entries related to Plaintiffs, and have confirmed that each Plaintiff accepted the User Agreement as follows:

(a) The log for Mr. Suski shows that he "accepted user agreement" on January 24, 2018 at 11:12 a.m. Pacific time. A true and correct copy of this entry in the Coinbase log for Mr. Suski is attached as **Exhibit 2**. This transaction event indicates that he clicked the checkbox on the signup webpage indicating that he agreed to the Coinbase User Agreement on January 24, 2018.

(b) The log for Ms. Martin shows that she "accepted user agreement" on February 12, 2021 at 2:58 p.m. Pacific time. A true and correct copy of this entry in the Coinbase log for Ms. Martin is attached as **Exhibit 3**. This transaction event indicates that she tapped "I Agree" on the registration page in the Coinbase mobile app indicating that she agreed to the Coinbase User Agreement on February 12, 2021.

(c) The log for Mr. Calsbeek shows that he "accepted user agreement" on May 13, 2021 at 7:05 p.m. Pacific time. A true and correct copy of this entry in the Coinbase log for Mr. Calsbeek is attached as **Exhibit 4**. This transaction event indicates that he clicked the checkbox on the signup webpage indicating that he agreed to the Coinbase User Agreement on May 13, 2021.

(d) The log for Mr. Maher shows that he "accepted user agreement" on April 5, 2020 at 10:40 p.m. Pacific time. A true and correct copy of this entry in the Coinbase log for Mr. Maher is attached as **Exhibit 5**. This transaction event indicates that he clicked the checkbox on the signup webpage indicating that he agreed to the Coinbase User Agreement on April 5, 2020

14. True and correct copies of the Coinbase User Agreement in effect at the time the

Plaintiffs accepted the terms of the User Agreement are attached as follows:

(a) **Exhibit 6** is the User Agreement that Mr. Suski accepted. It is the agreement that was located at https://www.coinbase.com/legal/user_agreement/united_states in January of 2018 (effective as of September 14, 2017), and is the agreement that the customers were able to review at that time by clicking on the "User Agreement" hyperlink on the Coinbase signup webpage.

(b) **Exhibit 7** is the User Agreement that Ms. Martin accepted. It is the agreement that was located at https://www.coinbase.com/legal/user_agreement/united_states in February of 2021 (effective as of January 25, 2021), and is the agreement that the customers were able to review at that time by clicking on the "User Agreement" hyperlink on the Coinbase signup webpage.

(c) **Exhibit 8** is the User Agreement that Mr. Calsbeek accepted. It is the agreement that was located at https://www.coinbase.com/legal/user_agreement/united_states in May of 2021 (effective as of March 31, 2021), and is the agreement that the customers were able to review at that time by clicking on the "User Agreement" hyperlink on the Coinbase signup webpage.

(d) **Exhibit 9** is the User Agreement that Mr. Maher accepted. It is the agreement that was located at https://www.coinbase.com/legal/user_agreement/united_states in April 2020 (effective as of December 3, 2019), and is the agreement that the customers were able to review at that time by clicking on the "User Agreement" hyperlink on the Coinbase signup webpage.

15. Coinbase maintains archives of its user agreements in text-only format in a centralized repository in the ordinary course of business. Provisions of the User Agreement that appeared to users in bold are signified by double asterisks in the attached text-only version in Exhibits 6, 7, 8, and 9. In other words, any text that is situated between double asterisks would have appeared in bold in the live version on Coinbase's website and mobile app.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Phoenix, Arizona on October 16, 2021.

_____
Carter McPherson-Evans