# EXHIBIT 1

**coinbase**                                                                  Get Started   ☰

# Create your account

Mandatory fields are marked with an asterisk: *

**Name***                                    **Surnames***

[Name                    ]                   [Surnames                ]

**Email***

[Email                                                              ]

**Password***

[Choose password                                              ○    ]

**State***

[New York                                                      ⌄   ]

☐ I certify that I am over 18 years of age and I accept the User Agreement and the Privacy Policy .

[ **Create Account** ]

Login to your Coinbase account or
Register as a business.

### It's time to create a Coinbase account Sign in

Privacy - Terms