COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**[PROPOSED] ORDER GRANTING COINBASE GLOBAL, INC.'S MOTION TO COMPEL ARBITRATION, OR, ALTERNATIVELY, TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:      January 10, 2022<br>Time:     9:30 a.m.<br>Courtroom: C |

Defendant Coinbase Global, Inc. moved to compel arbitration of Plaintiffs' claims and dismiss Plaintiffs' First Amended Complaint ("FAC"), or, alternatively, to dismiss the FAC for failure to state a claim under Rule 12(b)(6).

Coinbase's motion to compel arbitration is GRANTED and the FAC is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2022

Hon. Sallie Kim
United States Magistrate Judge