Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
David J. Harris, Jr. (SBN 286204)
djh@classactionlaw.com
FINKELSTEIN & KRINSK LLP
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Counsel for Plaintiffs and
the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No: 3:21-cv-04539-SK<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO TO COINBASE'S MOTION TO COMPEL ARBITRATION AND TO DISMISS**<br><br>Hearing:      January 10, 2022<br>Time:          9:30 a.m.<br>Courtroom:  C |

Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek, and Thomas Maher respectfully request that the Court take judicial notice of the documents attached hereto in support of their opposition to Defendant Coinbase, Inc.'s Motion to Compel Arbitration and to Dismiss Plaintiffs' Second Amended Class Action Complaint.

"In general, websites and their contents may be judicially noticed." *Threshold Enterprises Ltd. v. Pressed Juicery, Inc.*, 445 F.Supp.3d 139, 146 (N.D. Cal. 2020). Accordingly, Plaintiffs request that this Court take judicial notice of the following webpages on www.Coinbase.com:

**Exhibit A**: the "Opt in" webpage for a November 2021 sweepstakes, *available at* https://www.coinbase.com/sweepstakes/q4_nov_21_trading?utm_source=Iterable&utm_medium=email&utm_campaign=campaign_3175634 (last visited Nov. 12, 2021);

**Exhibit B**: the "Make a trade" webpage for a November 2021 sweepstakes, *available at* https://www.coinbase.com/sweepstakes/q4_nov_21_trading?utm_source=Iterable&utm_medium=email&utm_campaign=campaign_3175634 (last visited Nov. 12, 2021);

**Exhibit C**: the "Official Rules" webpage for a November 2021 sweepstakes, *available at* https://www.coinbase.com/sweepstakes/q4_nov_21_trading_rules (last visited Nov. 12, 2021).

Dated: November 16, 2021

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By:   *s/ David J. Harris, Jr.*
       David J. Harris, Jr., Esq.

djh@classactionlaw.com
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

*Counsel for Plaintiffs and the Putative Class*