1  Laura A. Wytsma
   VENABLE LLP
2  2049 Century Park East, Suite 2300
   Los Angeles, CA 90067
3  lawytsma@venable.com
   Telephone: (310) 229-9900
4  Facsimile:  (310) 229-9901

5  Attorneys for Defendant
   MARDEN-KANE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>COINBASE GLOBAL, INC., and MARDEN-KANE, INC.,<br><br>              Defendants. | Case No. 3:21-cv-04539-SK<br><br>Honorable Sallie Kim _____<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT MARDEN-KANE, INC. TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Complaint Served:   Oct. 27, 2021 |

Plaintiffs and defendant Marden-Kane, Inc. stipulate as follows:

1. WHEREAS on October 20, 2021, plaintiffs filed a second amended class action complaint (Dkt. 36) (the "Complaint"), which was deemed filed on October 19, 2021 (*see* Dkt. 35 at 3);

2. WHEREAS Coinbase filed a motion to compel arbitration or dismiss the Complaint, which is set for hearing on January 10, 2022;

3. WHEREAS counsel for plaintiffs and Marden-Kane have numerous professional and personal commitments during December 2021, and wish to conserve court and party resources;

4. WHEREAS the parties agree that Marden-Kane's last day to answer, move, or otherwise respond to the Complaint shall be extended to 5 court days after a final decision on Coinbase's pending motion; and

5. WHEREAS the parties agree that if Marden-Kane files a responsive motion, it will be noticed so that plaintiffs will have 21 days to file an opposition, and Marden-Kane will have 14 days to file a reply;

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT

Marden-Kane's deadline to answer, move, or otherwise respond to the Complaint will be 5 court days after a final decision on Coinbase's motion to dismiss. If Marden-Kane files a responsive motion, plaintiffs will have 21 days to file an opposition. Marden-Kane will have 14 days to file a reply.

Dated:  December 7, 2021        VENABLE LLP

/s/ *Laura A. Wytsma*
Laura A. Wytsma
Attorneys for Defendant
Marden-Kane, Inc.

Dated:  December 7, 2021        FINKELSTEIN & KRINSK LLP

/s/ *David J. Harris, Jr.*
David J. Harris, Jr.
Attorneys for Plaintiffs

1

Case No. 3:21-cv-04539-SK        STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

## [PROPOSED] ORDER

For good cause shown, Marden-Kane's deadline to answer, move, or otherwise respond to the Second Amended Complaint will be 5 court days after a final decision on Coinbase's motion to compel arbitration or to dismiss.

Dated: _____

U.S. Magistrate Judge Sallie Kim

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that David J. Harris, Jr., counsel for plaintiffs, concurs in the content of this filing and has authorized this filing.

Dated:  December 7, 2021

VENABLE LLP

*/s/ Laura A. Wytsma*
Laura A. Wytsma

Attorneys for Defendant
Marden-Kane, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

/s/ Laura A. Wytsma
Laura A. Wytsma