1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE GLOBAL, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**PLAINTIFF CALSBEEK'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
|---|---|

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- David J. Harris, Jr., counsel for Plaintiff and the putative class;
- Finkelstein & Krinsk LLP, counsel for Plaintiff and the putative class.

Dated: December 22, 2021                    Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By:   *s/ David J. Harris, Jr.*
          David J. Harris, Jr., Esq.

djh@classactionlaw.com
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

*Counsel for Plaintiffs and the Putative Class*