UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT** |

1  Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek and Thomas Maher, Defendant Coinbase, Inc. ("Coinbase"), and Defendant Marden-Kane, Inc. ("Marden-Kane") hereby stipulate as follows:

WHEREAS, on January 11, 2022, this Court entered an Order denying Coinbase's Motion to Compel Arbitration, and granting in part and denying in part Coinbase's motion to dismiss Plaintiffs' Second Amended Class Action Complaint (ECF No. 53) ("Order");

WHEREAS, the Order granted Plaintiffs leave to amend their allegations concerning those claims which the Court dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and ordered Plaintiffs to file their Third Amended Class Action Complaint, if any, by February 1, 2022;

WHEREAS, the parties have since met and conferred, and Coinbase has indicated its intent to file an interlocutory appeal of this Court's denial of the Motion to Compel Arbitration, and to file in this Court a motion to stay this action with respect to Plaintiffs' surviving claims against Coinbase, pending the outcome of Coinbase's interlocutory appeal;

WHEREAS, Plaintiffs intend to oppose Coinbase's motion to stay;

WHEREAS, Marden-Kane intends to join Coinbase's motion for a stay pending appeal;

WHEREAS, the interests of judicial economy will be served by postponing the filing of Plaintiffs' Third Amended Class Action Complaint (if any) until a reasonable time after the Court resolves Coinbase's anticipated motion to stay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

Plaintiffs' Third Amended Class Action Complaint, if any, shall be filed within 21 days after the Court decides Coinbase's anticipated motion to stay;

1 | DATED: January 25, 2022

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By:      s/ David J. Harris, Jr.
             David J. Harris, Jr.

501 West Broadway, Suite 1260
San Diego, CA 92101-3593
Telephone:  (619) 238-1333
Facsimile:   (619) 238-5425

Attorneys for Plaintiffs and the Putative Class


COOLEY LLP

By:  s/ Joseph D. Mornin
          Joseph D. Mornin

3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.


VENABLE LLP

By:  s/ Laura A. Wytsma
          Laura A. Wytsma

2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:     (310) 229-9900
Facsimile:      (310) 229-9901

Attorneys for Defendant
Marden-Kane, Inc.

# [PROPOSED] ORDER

Pursuant to the parties' joint stipulation, Plaintiffs' Third Amended Class Action Complaint, if any, shall be filed within 21 days after the Court decides Coinbase's anticipated motion to stay.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Sallie Kim
U.S. Magistrate Judge