UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND ORDER REGARDING AMENDED COMPLAINT** |

1    Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek and Thomas Maher, Defendant
2  Coinbase, Inc. ("Coinbase"), and Defendant Marden-Kane, Inc. ("Marden-Kane") hereby stipulate
3  as follows:

4    WHEREAS, on January 11, 2022, this Court entered an Order denying Coinbase's Motion
5  to Compel Arbitration, and granting in part and denying in part Coinbase's motion to dismiss
6  Plaintiffs' Second Amended Class Action Complaint (ECF No. 53) ("Order");

7    WHEREAS, the Order granted Plaintiffs leave to amend their allegations concerning those
8  claims which the Court dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and ordered Plaintiffs to file
9  their Third Amended Class Action Complaint, if any, by February 1, 2022;

10   WHEREAS, the parties have since met and conferred, and Coinbase has indicated its intent
11 to file an interlocutory appeal of this Court's denial of the Motion to Compel Arbitration, and to
12 file in this Court a motion to stay this action with respect to Plaintiffs' surviving claims against
13 Coinbase, pending the outcome of Coinbase's interlocutory appeal;

14   WHEREAS, Plaintiffs intend to oppose Coinbase's motion to stay;

15   WHEREAS, Marden-Kane intends to join Coinbase's motion for a stay pending appeal;

16   WHEREAS, the interests of judicial economy will be served by postponing the filing of
17 Plaintiffs' Third Amended Class Action Complaint (if any) until a reasonable time after the Court
18 resolves Coinbase's anticipated motion to stay;

19   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties
20 that:

21   Plaintiffs' Third Amended Class Action Complaint, if any, shall be filed within 21 days
22 after the Court decides Coinbase's anticipated motion to stay;

| | |
|---|---|
| DATED: January 25, 2022 | Respectfully submitted, |

FINKELSTEIN & KRINSK LLP

By:     s/ David J. Harris, Jr.
        David J. Harris, Jr.

501 West Broadway, Suite 1260
San Diego, CA 92101-3593
Telephone:  (619) 238-1333
Facsimile:   (619) 238-5425

Attorneys for Plaintiffs and the Putative Class

COOLEY LLP

By:  s/ Joseph D. Mornin
      Joseph D. Mornin

3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.

VENABLE LLP

By:  s/ Laura A. Wytsma
      Laura A. Wytsma

2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:     (310) 229-9900
Facsimile:      (310) 229-9901

Attorneys for Defendant
Marden-Kane, Inc.

**JOINT STIPULATION AND ORDER REGARDING AMENDED COMPLAINT**
**CASE NO. 3:21-CV-04539-SK**

**ORDER**

Pursuant to the parties' joint stipulation, Plaintiffs' Third Amended Class Action Complaint, if any, shall be filed within 21 days after the Court decides Coinbase's anticipated motion to stay.

**IT IS SO ORDERED.**

Dated: January 26, 2022

_____
Hon. Sallie Kim
U.S. Magistrate Judge