UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING COINBASE'S ANTICIPATED MOTION TO STAY PENDING INTERLOCUTORY APPEAL** |

Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek and Thomas Maher, Defendant Coinbase, Inc. ("Coinbase"), and Defendant Marden-Kane, Inc. ("Marden-Kane") hereby stipulate as follows:

WHEREAS, on January 11, 2022, this Court entered an Order denying Coinbase's Motion to Compel Arbitration, and granting in part and denying in part Coinbase's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (ECF No. 53) ("Order");

WHEREAS, the parties have since met and conferred, and Coinbase has indicated its intent to file an interlocutory appeal of the Court's denial of the Motion to Compel Arbitration, and to file a motion to stay this action with respect to Plaintiffs' surviving claims against Coinbase, pending the outcome of Coinbase's interlocutory appeal;

WHEREAS, Plaintiffs intend to oppose Coinbase's forthcoming motion to stay;

WHEREAS, Defendant Marden-Kane intends to join Coinbase's motion to stay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

- Coinbase shall file its anticipated notice of appeal and motion to stay on or before February 9, 2022;
- Plaintiffs shall file their opposition to Coinbase's motion to stay on or before March 9, 2022; and
- Coinbase shall file its reply in support of the motion to stay by March 23, 2022.

| | |
|---|---|
| DATED: February 7, 2022 | Respectfully submitted, |
| | FINKELSTEIN & KRINSK LLP |
| | By:     s/ David J. Harris, Jr. |
| |         David J. Harris, Jr. |
| | 501 West Broadway, Suite 1260 |
| | San Diego, CA 92101-3593 |
| | Telephone: (619) 238-1333 |
| | Facsimile: (619) 238-5425 |
| | Attorneys for Plaintiffs and the Putative Class |
| | COOLEY LLP |
| | By:  s/ Joseph D. Mornin |
| |       Joseph D. Mornin |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, California 94111-4004 |
| | Telephone:   +1 415 693 2000 |
| | Facsimile:    +1 415 693 2222 |
| | Attorneys for Defendant |
| | COINBASE, INC. |
| | VENABLE LLP |
| | By:  s/ Laura A. Wytsma |
| |       Laura A. Wytsma |
| | 2049 Century Park East, Suite 2300 |
| | Los Angeles, California 90067 |
| | Telephone:   (310) 229-9900 |
| | Facsimile:    (310) 229-9901 |
| | Attorneys for Defendant |
| | Marden-Kane, Inc. |

## [PROPOSED] ORDER

Pursuant to the parties' joint stipulation, the Court hereby sets the following briefing schedule for Defendants' motion to stay pending interlocutory appeal:

- Coinbase shall file its notice of appeal and motion to stay on or before February 9, 2022;
- Plaintiffs shall file their opposition to the motion to stay on or before March 9, 2022; and
- Coinbase shall file its reply in support of the motion to stay by March 23, 2022.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Sallie Kim
U.S. Magistrate Judge