1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12
13

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>         Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND ORDER REGARDING COINBASE'S ANTICIPATED MOTION TO STAY PENDING INTERLOCUTORY APPEAL** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek and Thomas Maher, Defendant

2  Coinbase, Inc. ("Coinbase"), and Defendant Marden-Kane, Inc. ("Marden-Kane") hereby stipulate

3  as follows:

4      WHEREAS, on January 11, 2022, this Court entered an Order denying Coinbase's Motion

5  to Compel Arbitration, and granting in part and denying in part Coinbase's Motion to Dismiss

6  Plaintiffs' Second Amended Class Action Complaint (ECF No. 53) ("Order");

7      WHEREAS, the parties have since met and conferred, and Coinbase has indicated its intent

8  to file an interlocutory appeal of the Court's denial of the Motion to Compel Arbitration, and to file

9  a motion to stay this action with respect to Plaintiffs' surviving claims against Coinbase, pending

10  the outcome of Coinbase's interlocutory appeal;

11      WHEREAS, Plaintiffs intend to oppose Coinbase's forthcoming motion to stay;

12      WHEREAS, Defendant Marden-Kane intends to join Coinbase's motion to stay;

13      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties

14  that:

15      • Coinbase shall file its anticipated notice of appeal and motion to stay on or before

16         February 9, 2022;

17      • Plaintiffs shall file their opposition to Coinbase's motion to stay on or before March 9,

18         2022; and

19      • Coinbase shall file its reply in support of the motion to stay by March 23, 2022.

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER REGARDING
MOTION TO STAY
CASE NO. 3:21-cv-04539-SK

1 | DATED: February 7, 2022                    Respectfully submitted,

2

3                                               FINKELSTEIN & KRINSK LLP

4                                               By: _____s/ David J. Harris, Jr._
                                                      David J. Harris, Jr.
5
                                                501 West Broadway, Suite 1260
6                                               San Diego, CA 92101-3593
                                                Telephone:  (619) 238-1333
7                                               Facsimile:   (619) 238-5425

8                                               Attorneys for Plaintiffs and the Putative Class

9

10                                              COOLEY LLP

11                                              By: _s/ Joseph D. Mornin_____
                                                      Joseph D. Mornin
12
                                                3 Embarcadero Center, 20th Floor
13                                              San Francisco, California 94111-4004
                                                Telephone:    +1 415 693 2000
14                                              Facsimile:    +1 415 693 2222

15                                              Attorneys for Defendant
                                                COINBASE, INC.
16

17                                              VENABLE LLP

18                                              By: _s/ Laura A. Wytsma_____
                                                      Laura A. Wytsma
19

20                                              2049 Century Park East, Suite 2300
                                                Los Angeles, California 90067
21                                              Telephone:    (310) 229-9900
                                                Facsimile:    (310) 229-9901
22
                                                Attorneys for Defendant
23                                              Marden-Kane, Inc.

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to the parties' joint stipulation, the Court hereby sets the following briefing schedule for Defendants' motion to stay pending interlocutory appeal:

- Coinbase shall file its notice of appeal and motion to stay on or before February 9, 2022;
- Plaintiffs shall file their opposition to the motion to stay on or before March 9, 2022; and
- Coinbase shall file its reply in support of the motion to stay by March 23, 2022.

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____

Hon. Sallie Kim
U.S. Magistrate Judge