COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**NOTICE OF APPEAL** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Coinbase, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying Coinbase's motion to compel arbitration (ECF No. 53). The fees have been paid for appeal. This is not a cross-appeal and there has been no previous appeal in this matter. The order is immediately appealable under the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B).

Dated: February 9, 2022                    COOLEY LLP

By: */s/ Michael G. Rhodes*
Michael G. Rhodes

Attorneys for Defendant
COINBASE, INC.

**Rule 3.2 Representation Statement**

The undersigned represents Coinbase, Inc., defendant and appellant in this matter, and no other party. The following is a list of all parties to the action and the information regarding their counsel. *See* FRAP 12(b); Ninth Circuit Rule 3-2(b).

**Defendant Coinbase, Inc.:**

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

**Defendant Marden-Kane, Inc.:**

VENABLE LLP
LAURA ANN WYTSMA
(lawytsma@venable.com)
2049 Century Park East
Suite 2300
Los Angeles, CA 90067
Telephone:    (310) 229-9900
Facsimile:    (310) 229-9901

**Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek, and Thomas Maher:**

FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK, ESQ. (SBN 109234)
(jrk@classactionlaw.com)
DAVID J. HARRIS, JR. (SBN 286204)
(djh@classactionlaw.com)
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

| | |
|---|---|
| Dated: February 9, 2022 | COOLEY LLP |
| | By: */s/ Michael G. Rhodes* |
| | Michael G. Rhodes |
| | Attorneys for Defendant<br>COINBASE, INC. |