COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>            Defendants. | Case No. 3:21-cv-04539-SK<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

All parties stipulate as follows:

1.  The next case management conference is scheduled for March 7, 2022.

2.  On February 9, 2022, Coinbase filed a motion to stay these proceedings pending the Ninth Circuit's resolution of Coinbase's appeal of the Court's denial of its motion to compel arbitration. ECF No. 59.

3.  The hearing on Coinbase's motion to stay is scheduled for April 18, 2022.

4.  Accordingly, the parties request that the Court continue the March 7, 2022, case management conference to May 9, 2022.

Dated: February 28, 2022                         COOLEY LLP

                                                 By: */s/ Michael G. Rhodes*
                                                     Michael G. Rhodes

                                                 Attorneys for Defendant
                                                 COINBASE, INC.


                                                 VENABLE LLP

                                                 By: */s/ Laura A. Wytsma*
                                                     Laura A. Wytsma

                                                 Attorneys for Defendant
                                                 MARDEN-KANE, INC.


                                                 FINKELSTEIN & KRINSK LLP

                                                 By: */s/ David J. Harris*
                                                     David J. Harris

                                                 Attorneys for Plaintiffs
                                                 DAVID SUSKI, JAIMEE MARTIN, JONAS
                                                 CALSBEEK, THOMAS MAHER

COOLEY LLP

STIPULATION TO CONTINUE CMC
CASE NO. 3:21-cv-04539

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ATTESTATION OF SIGNATURES</u>

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 28, 2022                    COOLEY LLP


By: /s/ Michael G. Rhodes
_____
      Michael G. Rhodes

Attorneys for Defendant
COINBASE, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The March 7, 2022 case management conference is continued to May 9, 2022. The parties' joint case management statement is due on May 2, 2022.

IT IS SO ORDERED.

Dated: February __, 2022                    By: _____
                                                 Magistrate Judge Sallie Kim

265050703

COOLEY LLP

STIPULATION TO CONTINUE CMC
CASE NO. 3:21-CV-04539