COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED** |

All parties stipulate as follows:

1. The next case management conference is scheduled for March 7, 2022.

2. On February 9, 2022, Coinbase filed a motion to stay these proceedings pending the Ninth Circuit's resolution of Coinbase's appeal of the Court's denial of its motion to compel arbitration. ECF No. 59.

3. The hearing on Coinbase's motion to stay is scheduled for April 18, 2022.

4. Accordingly, the parties request that the Court continue the March 7, 2022, case management conference to May 9, 2022.

Dated: February 28, 2022

COOLEY LLP

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

Attorneys for Defendant
COINBASE, INC.

VENABLE LLP

By: */s/ Laura A. Wytsma*
    Laura A. Wytsma

Attorneys for Defendant
MARDEN-KANE, INC.

FINKELSTEIN & KRINSK LLP

By: */s/ David J. Harris*
    David J. Harris

Attorneys for Plaintiffs
DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, THOMAS MAHER

ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 28, 2022                                COOLEY LLP

                                                        By: /s/ Michael G. Rhodes
                                                            Michael G. Rhodes

                                                        Attorneys for Defendant
                                                        COINBASE, INC.

**ORDER**

The March 7, 2022 case management conference is continued to May 2, 2022. The parties' joint case management statement is due on April 25, 2022.

**IT IS SO ORDERED**.

Dated: March 1, 2022          By: _____
                                   Magistrate Judge Sallie Kim

265050703