VENABLE LLP
Laura A. Wytsma (SBN 189527)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
lawytsma@venable.com
Telephone: (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendant
MARDEN-KANE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>COINBASE INC., and MARDEN-KANE, INC.,<br><br>             Defendants. | Case No. 3:21-cv-04539-SK<br><br>Honorable Sallie Kim<br><br>**DEFENDANT MARDEN-KANE, INC.'S NOTICE OF JOINDER IN COINBASE, INC.'S MOTION FOR STAY PENDING APPEAL OF ARBITRATION ORDER**<br><br>Date: April 18, 2022<br>Time:  9:30 a.m.<br>Dept.  C |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant Marden-Kane, Inc. joins in Coinbase, Inc.'s Motion to Stay Pending Appeal, filed on February 9, 2022 (ECF 59). The hearing on the motion is set for April 18, 2022, at 9:30 a.m., in the courtroom of the Honorable Sallie Kim, located in Courtroom C, 15th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Good cause for a stay exists.

Plaintiffs' second amended complaint defines the "Class" as persons who opted in to the Dogecoin Sweepstakes in June 2021 *and* "who purchased or sold Dogecoins on a Coinbase exchange for a total of $100 or more between June 3, 2021 and June 10, 2021, inclusive." Second Am. Compl. ¶ 80 (ECF 36; Oct. 20, 2021). As explained in Coinbase, Inc.'s motion to compel arbitration, persons who opted in by purchasing or selling Dogecoins agreed to arbitrate their claims.

If Coinbase is correct, and prevails on its appeal to the Ninth Circuit, then the named plaintiffs and all Class members must arbitrate their claims relating to the Dogecoin Sweepstakes. There will be no named plaintiffs or Class members left to litigate claims not subject to an arbitration requirement. Thus, even though Marden-Kane will not be a party to the arbitration proceedings, there are *no* claims against it that fall outside the scope of the arbitration and that can be resolved concurrently with the arbitration process.

Respectfully, until the threshold issue of arbitrability is conclusively resolved on appeal, all proceedings (including discovery) should be stayed.

Dated: March 7, 2022                    Respectfully submitted,

                                                     VENABLE LLP

                                                     /s/ *Laura A. Wytsma*
                                                     Laura A. Wytsma
                                                     Attorneys for Defendant
                                                     Marden-Kane, Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

*/s/ Laura A. Wytsma*
Laura A. Wytsma