UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT MARDEN-KANE, INC.'S UNTIMELY JOINDER, AND IMPROPER REPLY BRIEF IN SUPPORT OF, DEFENDANT COINBASE, INC.'S MOTION TO STAY**<br><br>Hearing: April 18, 2022<br>Time: 9:30 a.m.<br>Courtroom: C |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**

IT IS HEREBY ORDERED that Plaintiffs' motion to strike (ECF No. 70) is GRANTED. Defendant Marden-Kane, Inc. may not raise the arguments asserted in its notice of joinder (ECF No. 66) or in its reply brief (ECF No. 69) during the Court's April 18, 2022 hearing on Defendant Coinbase, Inc.'s motion to stay. If the Court ultimately grants Defendant Coinbase, Inc.'s motion to stay, then Marden-Kane, Inc. may thereafter request a stay of the claims pending against it through a properly notice motion.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
The Honorable Sallie Kim
United States District Court Magistrate Judge