VENABLE LLP
Laura A. Wytsma (SBN 189527)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
lawytsma@venable.com
Telephone: (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendant
MARDEN-KANE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COINBASE INC., and MARDEN-KANE, INC.,<br><br>    Defendants. | Case No. 3:21-cv-04539-SK<br><br>Honorable Sallie Kim<br><br>**OBJECTION TO DECLARATION OF DAVID HARRIS, JR. IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**<br><br>Date: April 18, 2022<br>Time: 9:30 a.m.<br>Dept. C |

Pursuant to Federal Rules of Civil Procedure 11 and 12(f),[1] and Federal Rules of Evidence 401 and 701, Marden-Kane objects to Paragraph 10 (ll. 7-8) and Paragraph 11 of the Declaration of David J. Harris, Jr. (ECF No. 73-1) filed in support of Plaintiffs' motion to strike (ECF No. 70).

Dated: April 15, 2022               Respectfully submitted,

                                            VENABLE LLP

                                            /s/ Laura A. Wytsma
                                                Laura A. Wytsma
                                              Attorneys for Defendant
                                              Marden-Kane, Inc.

---

[1] The facts averred by Mr. Harris do not actually support his opinions in Paragraphs 10 and 11. The Court can, "on its own" motion, strike "immaterial, impertinent or scandalous" matter from a pleading. Fed. R. Civ. P. 12(f). It should do so with respect to the unfounded and inflammatory character attack on opposing counsel.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900