COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE TO RESPOND TO THIRD AMENDED COMPLAINT** |

All parties stipulate as follows:

1. On May 10, 2022, Plaintiffs filed their Third Amended Complaint (ECF No. 83).

2. The current deadline for Defendants to respond is May 24, 2022.

3. The parties agree that a short extension is warranted to provide adequate time for the parties to meet and confer on Defendants' anticipated responsive motions to potentially narrow the issues for adjudication.

4. Accordingly, the parties respectfully request that the Court set the following briefing schedule:

- **June 9, 2022**: last day for Defendants to file answers or responsive motions.
- **July 9, 2022**: last day for Plaintiffs to file oppositions to Defendants' responsive motions.
- **July 30, 2022**: last day for Defendants to file replies in support of their responsive motions.

5. This modification would not affect other aspects of the case schedule.

Dated: May 19, 2022

COOLEY LLP

By: */s/ Michael G. Rhodes*
     Michael G. Rhodes

Attorneys for Defendant
COINBASE, INC.

VENABLE LLP

By: */s/ Laura A. Wytsma*
     Laura A. Wytsma

Attorneys for Defendant
MARDEN-KANE, INC.

FINKELSTEIN & KRINSK LLP

By: */s/ David J. Harris*
     David J. Harris

Attorneys for Plaintiff
DAVID SUSKI

ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 19, 2022                                         */s/ Michael G. Rhodes*
                                                                              Michael G. Rhodes

## ORDER AS MODIFIED

The following schedule shall apply:

- **June 9, 2022**: last day for Defendants to file answers or responsive motions.
- **July 8, 2022**: last day for Plaintiffs to file oppositions to Defendants' responsive motions.
- **July 29, 2022**: last day for Defendants to file replies in support of their responsive motions.
- **August 22, 2022**: hearing on Defendants' responsive motions.

**IT IS SO ORDERED.**

Dated: May 20, 2022

Hon. Sallie Kim
U.S. Magistrate Judge