| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 27 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID SUSKI; et al.,

      Plaintiffs-Appellees,

 v.

COINBASE, INC.,

      Defendant-Appellant,

 and

MARDEN-KANE, INC.; COINBASE GLOBAL, INC.,

      Defendants.

No.   22-15209

D.C. No. 3:21-cv-04539-SK
Northern District of California,
San Francisco

ORDER

Before:  BYBEE and HURWITZ, Circuit Judges.

The motion for a stay pending appeal (Docket Entry No. 16) is denied. *See Nken v. Holder*, 556 U.S. 418, 433-34 (2009). The request for an administrative stay to permit en banc reconsideration of *Britton v. Co-op Banking Group*, 916 F.2d 1405 (9th Cir. 1990) is denied.

The existing briefing schedule remains in effect.

AC/MOATT