1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**DECLARATION OF DAVID J. HARRIS, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION OR DISMISS**<br><br>Hearing:      August 22, 2022<br>Time:          9:30 a.m.<br>Courtroom:   C |

I, David J. Harris, Jr., declare as follows:

1.      I am an attorney admitted to practice law before the United States District Court for the Northern District of California.  I am an attorney in the law firm of Finkelstein & Krinsk LLP, and lead trial counsel for Plaintiffs in the above-captioned action.  I make this declaration in support of Plaintiffs' Memoranda of Law in Opposition to Defendants' Motions to Compel Arbitration or Dismiss (Dkt. 89; Dkt. 90).  I have personal knowledge of the facts set forth herein, and if called upon, would testify competently to the same.

2.      On May 19, 2022, the parties filed a Stipulation and Proposed Order (Dkt. 84) setting the briefing schedule for Defendants' pending Motions (Dkt. 87; Dkt. 88).  The parties stipulated that Plaintiffs' Opposition Briefs would be due today, Saturday, July 9, and that Defendants' Reply Briefs would be due Saturday, July 30.  Dkt. 84.

3.      On May 20, 2022, the Court entered an Order granting, but slightly modifying, the parties' stipulated briefing schedule: by ordering that Plaintiffs' Opposition Briefs would be due yesterday, Friday, July 8, and that Defendants' Reply Briefs would be due on Friday, July 29 instead of Saturday, July 30.  Dkt. 85.

4.      Unfortunately, I somehow missed or mis-calendared this Court's one-day modification of the parties' stipulated briefing schedule, and consequently, wrongly believed (in good faith) that Plaintiffs' Opposition Briefs were due today, Saturday, July 9, when in fact they were due yesterday, on Friday, July 8.

5.      It was not until I received an email this morning from Marden-Kane's counsel, asking to receive a copy of Plaintiffs' Opposition Briefs, that I realized Plaintiffs' Opposition deadline was in fact last night, rather than tonight.  As soon as Marden-Kane's counsel alerted me to my mistake this morning, I finalized and filed Plaintiffs' Opposition Briefs (Dkt. 89; Dkt. 90) as soon as practicable.  In addition, I immediately reached out to counsel for both Defendants, to express my regret for my own clerical error, and my willingness to stipulate to any reasonable extension of time they might need to prepare their Reply Briefs, given that I accidently shortened their Reply Period by one day.

1

HARRIS DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITIONS

6.      I apologize to the Court for my unfortunate calendaring error, and respectfully request that the Court not take any prejudicial action against my clients due to my calendaring mistake, which was not made in bad faith.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed Saturday, July 9, 2022, in San Diego, California.

By: _____*s/ David J. Harris, Jr.*_____
David J. Harris, Jr., Esq.

2
HARRIS DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITIONS