COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
ELIZABETH SÁNCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>      v.<br><br>COINBASE, INC., and MARDEN-KANE, INC.,<br><br>              Defendants. | Case No. 3:21-cv-04539-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' REPLY DEADLINE** |

Plaintiffs and Defendants Coinbase, Inc. ("Coinbase") and Marden-Kane, Inc. ("Marden-Kane") stipulate as follows:

1. On May 19, 2022, the parties filed a Stipulation and Proposed Order with a proposed deadline for Defendants to respond to Plaintiffs' Third Amended Complaint and a proposed briefing schedule for any motions to dismiss. ECF No. 84.

2. On May 20, 2022, the Court issued an Order as Modified, specifying *inter alia* that Plaintiffs' oppositions to Defendants' anticipated motions to dismiss would be due on Friday, July 8, 2022, and Defendants' replies in support of their anticipated motions to dismiss would be due on Friday, July 29, 2022. ECF No. 85.

3. On Saturday, July 9, 2022, Plaintiffs filed their oppositions to Marden-Kane's and Coinbase's respective motions, which were previously filed timely. ECF Nos. 89-90. Plaintiffs' counsel filed an accompanying declaration specifying that he missed or miscalendared the deadline to file these opposition briefs and thus incorrectly believed in good faith that the briefs were due on July 9, 2022. ECF No. 91 at ¶ 4. The declaration specified that since this error had inadvertently shortened Coinbase's and Marden-Kane's window to prepare their reply briefs, Plaintiffs would stipulate to a reasonable extension of the reply brief deadlines. *See id.* at ¶ 5.

4. Accordingly, the parties now respectfully stipulate and request the Court to move Coinbase's and Marden-Kane's deadline to file their replies in support of their respective motions to **Monday, August 1, 2022.**

5. This modification would not affect other aspects of the case schedule.

//

| | |
|---|---|
| Dated: July 13, 2022 | COOLEY LLP |
| | By: */s/ Michael G. Rhodes*<br>       Michael G. Rhodes |
| | Attorneys for Defendant<br>COINBASE, INC. |
| | VENABLE LLP |
| | By: */s/ Laura A. Wytsma*<br>       Laura A. Wytsma |
| | Attorneys for Defendant<br>MARDEN-KANE, INC. |
| | FINKELSTEIN & KRINSK LLP |
| | By: */s/ David J Harris*<br>       David J. Harris |
| | Attorneys for Plaintiffs<br>DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, THOMAS MAHER |

ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 13, 2022                         COOLEY LLP


                                             By: */s/ Michael G. Rhodes*
                                                 Michael G. Rhodes

                                             Attorneys for Defendant
                                             COINBASE, INC.

**[PROPOSED] ORDER**

By **Monday, August 1, 2022**: (1) Defendant Coinbase, Inc. shall file its Reply in Support of its Joinder in Defendant Marden-Kane, Inc.'s Motion to Compel Arbitration and, alternatively, Motion to Dismiss Plaintiffs' Third Amended Complaint; and (2) Defendant Marden-Kane, Inc. shall file its Reply in Support of its Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: July __, 2022       By: _____
                           Hon. Sallie Kim
                           United States Magistrate Judge

271993231