COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: +1 310 883 6527

Attorneys for Defendant
COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL JOSEPH D. MORNIN** |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant COINBASE INC. ("Defendant") files this Notice of Withdrawal of Counsel to notify the Court that Joseph D. Mornin has withdrawn as attorney of record for Defendant in the above-captioned matter. Joseph D. Mornin is no longer employed at Cooley LLP. Cooley LLP will continue to represent Defendant in the above-captioned matter.

Please continue to serve all pleadings, orders, notices, discovery, and other documents on the following counsel:

> COOLEY LLP
> Michael G. Rhodes (116127)
> (rhodesmg@cooley.com)
> Travis LeBlanc (251097)
> (tleblanc@cooley.com)
> Bethany C. Lobo (248109)
> (blobo@cooley.com)
> Elizabeth Sanchez Santiago (333789)
> (lsanchezsantiago@cooley.com)
> 3 Embarcadero Center, 20th Floor
> San Francisco, California 94111-4004
> Telephone:   +1 415 693 2000
> Facsimile:    +1 415 693 2222
>
> Max Sladek De La Cal (324961)
> (msladekdelacal@cooley.com)
> 1333 2nd Street, Suite 400
> Santa Monica, CA 90401-4100
> Telephone:   +1 310 883 6527
> Facsimile:    +1 310 883 6500

Dated: August 15, 2022                                   COOLEY LLP

                                                         By:   /s/ Bethany C. Lobo
                                                               Bethany C. Lobo

                                                         Attorneys for Defendant
                                                         COINBASE, INC.

273547007