UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>Defendants. | Case No. 3:21-cv-04539-SK<br><br>**PLAINTIFFS' PROPOSED CASE SCHEDULE PURSUANT TO THE COURT'S SEPTEMBER 12, 2022 CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's request during a Case Management Conference on September 12, 2022 (*see* ECF No. 116), Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek, and Thomas Maher respectfully propose the following case schedule to govern the remainder of this action.

| Event | Current Deadline/Date | Plaintiffs' Proposed Deadline/Date |
|---|---|---|
| Defendants' Answers to Plaintiffs' Third Amended Complaint | 10/12/2022 | 10/12/2022 |
| Defendants' Responses to Plaintiffs' Outstanding Discovery Requests (One Set of Document Requests to Marden-Kane, and One Set of Interrogatories to each Defendant) | 10/12/2022 | 10/19/2022 - Plaintiffs served this limited discovery months ago, but agreed to defer responses until after the Court resolved Defendants' motions to dismiss on August 31, 2022 (ECF No. 114 at 9).  Coinbase admitted during the Court's latest Case Management Conference that their responses are "due" no later than 30 days from September 12, but Plaintiffs are willing to allow until October 19.) |
| L/D to file Plaintiffs' Motion for Class Certification | 10/14/2022 | 04/28/2023 |
| L/D to conduct ADR | 10/31/2022 | 05/12/2023 |
| L/D to file Defendants' respective Oppositions to Motion for Class Certification | 11/18/2022 | 05/26/2023 |
| L/D to file Plaintiffs' Reply Briefs supporting Motion for Class Certification | 12/16/2022 | 06/16/2023 |
| Hearing on Motion for Class Certification | 1/9/2023 | 07/10/2023 |
| Close of Fact Discovery | 4/7/2023 | 10/20/2023 |
| Initial Expert Disclosures | 4/7/2023 | 01/12/2024 |
| Rebuttal Expert Disclosures | 5/5/2023 | 02/28/2024 |
| Close of Expert Discovery | 6/2/2023 | 04/04/2024 |
| L/D to file Summary Judgment Motions | 8/21/2023 | 06/07/2024 |
| L/D to file Oppositions to Summary Judgment Motions | 9/5/2023 | 07/19/2024 |
| L/D to file Replies in Support of Summary Judgment Motions | 9/19/2023 | 08/16/2024 |
| Hearing on Summary Judgment Motion(s) | 10/16/2023 | 09/13/2024 |
| Pretrial Conference | 12/15/2023 at 1:30 p.m. | 11/8/2024 1:30 p.m. |
| Trial | 1/16/2024 8:30 a.m. | 12/10/2024 8:30 a.m. |

All of this Court, the Ninth Circuit, and the Supreme Court have declined to stay this case during Coinbase's pending Ninth Circuit appeal and Supreme Court petition, respectively.

Nevertheless, in a recent meet and confer, Plaintiffs offered to stipulate to staying this Court's proceedings during Coinbase's pending Ninth Circuit appeal, on the condition that Defendants agree not to file any future motion to stay related to arbitrability after any affirmance by the Ninth Circuit of this Court's arbitrability decisions. Plaintiffs' goal in making this offer was to ensure that the Court would not have to address any frivolous, future motions to stay while Coinbase seeks further appellate review (*en banc* or Supreme Court review) of the Ninth Circuit's initial opinion on arbitrability, which is anticipated in 2023 (following argument on November 18, 2022). Coinbase, however, has insisted on preserving its own "right" to file future, renewed motions to stay, including immediately after the Ninth Circuit affirms this Court's arbitrability decision, and despite the fact that all three levels of the federal courts have already affirmatively refused to stay this case.

It appears to Plaintiffs that Defendants seek to engage in endless appellate proceedings, and to seek a stay of this Court's proceedings for as long as Defendants can keep any appellate proceedings going. Plaintiffs cannot agree to subject themselves or putative class members to such extreme and unnecessary delays. Thus, Plaintiffs maintain, consistent with the Court's prior order on Defendants' motion to stay, that the Court should not stay its own proceedings pending Coinbase's Ninth Circuit appeal(s) or Supreme Court petition(s). *See* Order on Motion to Stay (ECF No. 76).

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

Dated: September 19, 2022

By:    /s/ *David J. Harris, Jr.*

David J. Harris, Jr.
501 West Broadway, Suite 1260
San Diego, California 92101
(619) 238-1333
djh@classactionlaw.com

*Counsel for Plaintiffs David Suski, Jaimee Martin, Jonas Calsbeek, Thomas Maher, and the Putative Class*

2

PLAINTIFFS' PROPOSED CASE SCHEDULE