UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARDEN-KANE, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-04539-SK<br><br>**ORDER REGARDING CASE SCHEDULE**<br><br>Regarding Docket Nos. 118, 119 |

The Court has considered both parties' proposed changes to the case schedule and HEREBY AMENDS the deadlines as follows:

Defendant's Answer:     October 12, 2022

Defendant's responses to set one of Plaintiff's outstanding requests for production of documents and interrogatories:     October 19, 2022

The parties shall submit a stipulation or competing proposals for a protective order by no later than October 4, 2022.  If either party or both propose a protective order which differs from the Model Protective Order for Standard Litigation, they shall file a declaration explaining the differences and attach a redlined Model Protective Order to show the proposed changes.

Alternative dispute resolution deadline:     March 24, 2023

Plaintiff's motion for class certification:     April 28, 2023

Defendant's opposition to class certification motion:     May 26, 2023

Plaintiff's reply supporting class certification motion:     June 16, 2023

Hearing on motion for class certification:     July 10, 2023.

Close of fact discovery:     October 20, 2023

Initial expert disclosures:     November 17, 2023

Rebuttal expert disclosures:     December 15, 2023

Close of expert discovery: January 19, 2024

The last day for hearing dispositive motions shall be April 1, 2024. If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:

- one party files an opening summary judgment motion by February 2, 2024;
- the other party shall file its opposition and cross-motion by February 16, 2024;
- the reply and opposition to the cross-motion is due by March 1, 2024;
- the reply in support of the cross-motion is due by March 8, 2024.

If the parties want to file dispositive cross-motions before the deadline, they shall stipulate to a similar briefing schedule whereby one party files an opening summary judgment motion seven weeks before the hearing is scheduled to be heard, the other party shall file its opposition and cross-motion five weeks before the hearing, the reply and opposition to the cross-motion is filed three weeks before the hearing, and the reply in support of the cross-motion is filed two weeks before the hearing. If only one side intends to file a motion for summary judgment, the briefing schedule set forth in the Northern District Local Civil Rules applies.

Pretrial conference: June 14, 2024

Trial: July 16, 2024

The party admonishes counsel that they shall remain professional and that unprofessional conduct in the future will be sanctioned.

The Court HEREBY SETS a further Case Management Conference on April 10, 2023 at 1:30 p.m. The parties shall file an updated joint case management statement by no later than April 3, 2023.

**IT IS SO ORDERED**.

Dated: September 21, 2022

SALLIE KIM
United States Magistrate Judge