| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>KATHLEEN R. HARTNETT (314267)<br>(khartnett@cooley.com)<br>BETHANY C. LOBO (248109)<br>(blobo@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:     +1 415 693 2000<br>Facsimile:      +1 415 693 2222<br><br>Attorneys for Defendant<br>COINBASE, INC.<br><br>JEFFREY R. KRINSK (109234)<br>jrk@classactionlaw.com<br>DAVID J. HARRIS, JR. (286204)<br>djh@classactionlaw.com<br>FINKELSTEIN & KRINSK LLP<br>501 West Broadway, Suite 1260<br>San Diego, California 92101<br>Telephone: (619) 238-1333<br>Facsimile: (619) 238-5425<br><br>Attorneys for Plaintiffs and<br>the Putative Class | VENABLE LLP<br>LAURA A. WYTSMA (189527)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>lawytsma@venable.com<br>Telephone: (310) 229-9900<br>Facsimile: (310) 229-9901<br><br>Attorneys for Defendant<br>MARDEN-KANE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, and THOMAS MAHER, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>COINBASE, INC. and MARDEN-KANE, INC.,<br><br>             Defendants. | Case No. 3:21-cv-04539-SK<br><br>**STIPULATION AND ORDER TO EXTEND TIME OF CERTAIN CASE DEADLINES AND EVENTS** |

1  Pursuant to Local Civil Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendants Coinbase,
2  Inc. ("Coinbase") and Marden-Kane, Inc. ("Marden-Kane") stipulate as follows:

3  WHEREAS, on September 21, 2022, following the Court's August 31, 2022 Order
4  resolving Defendants' motions to dismiss or compel arbitration of the Third Amended Complaint
5  (Dkt. 113), the Court issued an Order Regarding Case Schedule setting pre-trial deadlines and
6  events in this litigation (ECF No. 120);

7  WHEREAS, on February 11, 2022, Coinbase filed a Notice of Appeal from the Court's
8  January 11, 2022 order denying Coinbase's motion to compel arbitration (ECF No. 53), docketed
9  with the Ninth Circuit as Appeal No. 22-15209;

10  WHEREAS, oral argument before the Ninth Circuit in Coinbase's Appeal No. 22-15209 is
11  currently set for November 18, 2022;

12  WHEREAS, on September 30, 2022, Marden-Kane and Coinbase filed Notices of Appeal
13  from the Court's August 31, 2022 Order (ECF Nos. 122, 123), docketed with the Ninth Circuit as
14  Appeal Nos. 22-16508 and 22-16506;

15  WHEREAS, the United States Supreme Court currently has under consideration Coinbase's
16  Joint Petition for Writ of Certiorari (Docket No. 22-105) in this case and in *Coinbase v. Bielski*
17  (Ninth Circuit Appeal No. 22-15566), presenting the question whether, contrary to the Ninth
18  Circuit's approach, a non-frivolous appeal of the denial of a motion to compel arbitration ousts a
19  district court's jurisdiction to proceed with litigation pending that appeal;

20  WHEREAS, counsel for Plaintiffs stated to the Supreme Court in Plaintiffs' October 31,
21  2022 Response In Support of Granting Coinbase's Joint Petition for Writ of Certiorari that the
22  Supreme Court should grant Coinbase's Joint Petition on this question "of nationwide importance";

23  WHEREAS, the parties agree that, in light of the multiple proceedings presently before the
24  Ninth Circuit and Supreme Court, judicial economy and efficiency would be best served by
25  extending current deadlines and events in the District Court litigation pending the Ninth Circuit's
26  decision on Coinbase's first appeal, Appeal No. 22-15209, with the parties agreeing not to
27  undertake further discovery until the Ninth Circuit issues its decision on Coinbase's first appeal;

28  WHEREAS, the parties agree that a stipulated extension of deadlines as proposed herein

1  and their agreement not to undertake further discovery until the Ninth Circuit issues its decision on
2  Coinbase's first appeal should have no effect on the Supreme Court's consideration of the Joint
3  Petition and whether Supreme Court review is warranted;

4  WHEREAS, the Court has previously modified the case schedule pursuant to the parties'
5  joint stipulations on the following dates: August 24, 2021 (ECF No. 21), September 24, 2021 (ECF
6  No. 30), October 20, 2021 (ECF No. 35), December 9, 2021 (ECF No. 44), January 26, 2022 (ECF
7  No. 55), February 7, 2022 (ECF No. 57), May 20, 2022 (ECF No. 85), and July 14, 2022 (ECF No.
8  95);

9  WHEREAS, the parties intend to confer following the Ninth Circuit's decision on
10 Coinbase's first appeal, Appeal No. 22-15209, regarding the status of the other Ninth Circuit and
11 Supreme Court proceedings to determine whether the parties believe any further proposed
12 adjustments to this Court's case schedule are warranted:

13 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that certain
14 deadlines and events in the September 21, 2022 Order Regarding Case Schedule (ECF No. 120) be
15 extended, subject to this Court's approval, pending the Ninth Circuit's resolution of Coinbase's
16 first appeal, Appeal No. 22-15209, to be argued on November 18, 2022. Specifically, the parties
17 respectfully request that the Court enter an order extending the deadlines and events set forth in
18 ECF No. 120 as follows:

19 Alternative Dispute Resolution (current deadline March 24, 2023):  200 days after the
20 mandate has issued in Ninth Circuit Appeal No. 22-15209;

21 Plaintiffs' motion for class certification (current deadline April 28, 2023): 235 days after
22 the mandate has issued in Ninth Circuit Appeal No. 22-15209;

23 Defendant's opposition to class certification motion (current deadline May 26, 2023): 263
24 days after the mandate has issued in Ninth Circuit Appeal No. 22-15209;

25 Plaintiffs' reply supporting class certification motion (current deadline June 16, 2023): 284
26 days after the mandate has issued in Ninth Circuit Appeal No. 22-15209;

27 Hearing on motion for class certification (currently scheduled for July 10, 2023):
28 approximately 310 days after the mandate has issued in Ninth Circuit Appeal No. 22-15209 (to be

scheduled at the Court's convenience).

Close of fact discovery (current deadline October 20, 2023): 400 days after the mandate has issued in Ninth Circuit Appeal No. 22-15209.

Respectfully Submitted,

Dated: November 10, 2022             COOLEY LLP

By: /s/ *Kathleen R. Hartnett*
    Kathleen R. Hartnett

Attorneys for Defendant
COINBASE, INC.

Dated: November 10, 2022             VENABLE LLP

By: /s/ *Laura A. Wytsma*
    Laura A. Wytsma

Attorneys for Defendant
MARDEN-KANE, INC.

Dated: November 10, 2022             FINKELSTEIN & KRINSK LLP

By: /s/ *David J. Harris, Jr.*
    David J. Harris, Jr.

Attorneys for Plaintiffs
DAVID SUSKI, JAIMEE MARTIN, JONAS CALSBEEK, THOMAS MAHER

ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 10, 2022         By: /s/ *David J. Harris, Jr.*

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY VACATES all deadlines and STAYS this matter pending the appeal before the Ninth Circuit (Appeal No. 22-15209). The parties are directed to file joint status updates regarding the appeal every 90 days or within 10 days of the Ninth Circuit issuing an opinion in Ninth Circuit Appeal No. 22-15209, whichever is sooner.

**IT IS SO ORDERED.**

Dated: November 14, 2022

By: *Sallie Kim*
Hon. Sallie Kim
United States Magistrate Judge