# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 9, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Coinbase, Inc.
           v. Abraham Bielski
           No. 22-105
           (Your No. 22-15566; 22-15209)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk