**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID SUSKI; JAIMEE MARTIN; JONAS CALSBEEK; THOMAS MAHER, Individually and on Behalf of All Others, | No.   22-15209 |
| | DC No. 3:21-cv-04539-SK |
| Plaintiffs-Appellees, | O R D E R |
| v. | |
| COINBASE, INC., | |
| Defendant-Appellant, | |
| and | |
| MARDEN-KANE, INC.; COINBASE GLOBAL, INC., | |
| Defendants. | |

Before:   A. Wallace Tashima and Richard A. Paez, Circuit Judges, and William K. Sessions III,[*] District Judge.

Defendant-Appellant's unopposed motion for an extension of time to file a

---

[*] The Honorable William K. Sessions III, United States District Judge for the District of Vermont, sitting by designation.

petition for rehearing and rehearing *en banc* [Dkt. 57] is granted.  Any petition for panel and/or *en banc* rehearing shall be filed not later than January 30, 2023.