FILED

FEB 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID SUSKI; JAIMEE MARTIN; JONAS CALSBEEK; THOMAS MAHER, Individually and on Behalf of All Others,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>COINBASE, INC.,<br><br>        Defendant-Appellant,<br><br> and<br><br>MARDEN-KANE, INC.; COINBASE GLOBAL, INC.,<br><br>        Defendants. | No.   22-15209<br><br>DC No. 3:21-cv-04539-SK<br><br>O R D E R |

Before:    A. Wallace Tashima and Richard A. Paez, Circuit Judges, and William K. Sessions III,[*] District Judge.

    The panel has voted to deny the petition for panel rehearing, and recommends that the petition for rehearing en banc be denied. The full court has

---

    [*]    The Honorable William K. Sessions III, United States District Judge for the District of Vermont, sitting by designation.

been advised of the petition for rehearing en banc and no judge of the court has requested a vote on en banc rehearing. *See* Fed. R. App. P. 35(f). The petition for panel rehearing and the petition for rehearing en banc are denied.