# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 12, 2023

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 22 2023

FILED_____
DOCKETED_____
DATE        INITIAL

Re:  Coinbase, Inc.
     v. David Suski, et al.
     Application No. 22A989
     (Your No. 22-15209)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on May 12, 2023, extended the time to and including June 23, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Jessica Lynn Ellsworth
Hogan Lovells US, LLP
555 13th Street, N. W.
Washington, DC  20004


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526