# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 24, 2024

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Coinbase, Inc.
            v. David Suski, et al.
           No. 23-3 (Your docket No. 22-15209)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                                Sincerely,

                                                SCOTT S. HARRIS, Clerk

                                                By

                                                */s/ M. Altner*
                                                M. Altner
                                                Assistant Clerk– Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 24, 2024

Ms. Jessica Lynn Ellsworth, Esq.
Hogan Lovells US, LLP
555 13th Street, N.W.
Washington, DC 20004

Mr. David John Harris, Jr., Esq.
Harris LLP
501 West Broadway
San Diego, CA 92101

     Re:  Coinbase, Inc.
           v. David Suski, et al.
           No. 23-3

Dear Counsel:

     Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc:  Clerk, 9th Cir.
      (Your docket No. 22-15209)

# Supreme Court of the United States

No. 23–3

**COINBASE, INC.,**

Petitioner

v.

**DAVID SUSKI, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

May 23, 2024

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States